UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA CURTIS | Case No. 3:11-cv-00550-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| JOHN DAVIS TRUCKING COMPANY, INC., a domestic Nevada corporation; ABC CORPORATIONS, I-X; BLACK and WHITE COMPANIES I-X; and JOHN DOES I-X, | |
| Defendant. | |

Upon the motion of counsel for the plaintiff for dismissal of the above-entitled matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice, each party to bear its own attorney's fees and costs.

DATED this 5th day of October, 2011.

_____
U.S. DISTRICT COURT

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-1-